UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYOHO MYSTIC WINSTON, JR., | No. 1:24-cv-00864-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE |
| v. | |
| JEFF MACOMBER, et al., | Doc. 10 |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2024, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed as duplicative of *Winston v. Paul*, No. 1:22-cv-0343 JLT EPG (E.D. Cal.) ("*Winston I*"). Doc. 10. The findings and recommendations were served on plaintiff and provided notice that any objections were to be filed within 14 days of service. *Id.* at 6. Plaintiff filed objections on August 19, 2024. Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Plaintiff's objections do not meaningfully challenge the magistrate judge's findings and

recommendations. In his objections, plaintiff argues that this action is not duplicative because plaintiff has received "further and additional professional medical opinions" as well as corrective surgery since the court's order in *Winston I*. Doc. 11 at 1. However, Plaintiff appears to argue that this action is "[m]ore of a second amended complaint with newly discovered / previously unavailable information / evidence." *Id.* at 2. Plaintiff argues that the new information cures the deficiencies identified in the court's order in *Winston I* such that this action should not be dismissed and that the court's order in *Winston I* was erroneous. *Id.* at 1, 3. Plaintiff's arguments are not persuasive.

As the magistrate judge noted, the dismissal of *Winston I* was affirmed on appeal. *See Winston I*, No. 1:22-cv-00343-JLT-EPG (E.D. Cal.), at Docs. 18–19. The magistrate judge also correctly noted that the allegation that plaintiff recently received corrective surgery in 2023 does not change the analysis of whether this action is duplicative of *Winston I*. Alleged new evidence and challenges to the court's order in *Winston I* do not change the duplicative nature of this action. Plaintiff's argument that the addition of Jeff Macomber as a new defendant changes the outcome, *id.* at 3, is also unpersuasive. The magistrate judge correctly noted that the addition of a new defendant does not change the duplicative nature of this action.

Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on August 12, 2024, Doc. 10, are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED without leave to amend as duplicative; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:    October 21, 2024

                                                      UNITED STATES DISTRICT JUDGE